UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Case No. 10-cv-754

J & J Sports Productions, Inc.,

Plaintiff,

vs.

Coyotes of Rock Co., LLC, d/b/a Coyotes Bar & Banquets, Dawn L. Porter, individually and as Member and Manager of Coyotes of Rock Co., LLC and Deno M. Ventura, individually and as Member of Coyotes of Rock Co., LLC

Defendants.

ORDER FOR SETTLEMENT AND DISMISSAL

DESIGNATION: OTHER STATUTES
409 Cable/Satellite TV

Based upon the Stipulation for Settlement entered into by the parties in the above captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendants shall pay to the plaintiff the total sum of $13,000 in settlement of the case at the rate of $1,000 per month until paid in full commencing March 10, 2011. Said payments shall be made payable to Dubin & Balistreri, Ltd. Client Trust Acct and sent to Dubin & Balistreri, Ltd., 1551 North Prospect Avenue, P.O. Box 510500, Milwaukee, WI 53203-0091.

2. Should the Defendants fail to make said payment as stated above, Plaintiff shall have the right, upon the filing of an affidavit of default, without notice to the Defendants, Coyotes of Rock Co., LLC, d/b/a Coyotes Bar & Banquets, Dawn L. Porter, individually and as Member and Manager of Coyotes of Rock Co., LLC and Deno M. Ventura, individually and as Member of Coyotes of Rock Co., LLC, to reopen this matter and take judgment against said defendant, in the amount of $26,000 plus

costs. *The court will retain jurisdiction in the event that defendants default.*

3. The above captioned matter shall be dismissed as to the defendants, Coyotes of Rock Co., LLC, d/b/a Coyotes Bar & Banquets, Dawn L. Porter, individually and as Member and Manager of Coyotes of Rock Co., LLC and Deno M. Ventura, individually and as Member of Coyotes of Rock Co., LLC, with prejudice and without further costs to either party.

Dated this 7th day of March, 2011.

BY THE COURT:

_Barbara B. Crabb_
United States District Judge